OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 07. 2015

**8/3/2015**

**ENDERLIN, EUGENE DALE JR.** Tr. Ct. No. 1114973-A **WR-82,683-02**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

EUGENE DALE ENDERLIN JR.
▮▮▮▮▮▮▮ - TDC # 1490997

